SEABOARD SURETY COMPANY v. THE GRAD PARTNERSHIP, ET AL.

May 20, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. JOHN EDWARD ROBERTS.

May 20, 1986.

Petition for certification denied.

JON SLOHODA v. UNITED PARCEL SERVICE, INC., ET AL.

June 3, 1986.

Petition for certification denied. (See 207 *N.J.Super.* 145)

AMERADA HESS CORPORATION v. DIRECTOR, DIVISION OF TAXATION.

June 3, 1986.

Petition for certification granted. (See 208 *N.J.Super.* 201)